# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOUNCHÉ GREEN,<br>　　　　Petitioner,<br>　　v.<br>D. PARMO - WARDEN,<br>　　　　Respondent. | Case No. CV 18-1407-JVS (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order: Dismissing Petition As Second Or Successive; Denying Certificate Of Appealability; and Referring Petition Pursuant to Ninth Circuit Rule 22-3(a),

IT IS ADJUDGED THAT the this action is dismissed without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATE: February 26, 2018　　　　　_____
　　　　　　　　　　　　　　　　　JAMES V. SELNA
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE